_____

No. 96-1822
_____

Karen R. Harris; Earl Harris;          *
Judith Romine; James Romine,           *
                                       *
          Appellants,                  *
                                       *
     v.                                *
                                       *
Capitol American Life                  *    Appeal from the United States
Insurance Company; Capitol             *    District Court for the
American Group of Companies;           *    Southern District of Iowa.
Capitol American Financial             *
Corporation; Association of            *         [UNPUBLISHED]
Full Time Farmers and Ranchers         *
of America; Trustee and the            *
Trust of the Farmers and               *
Ranchers Group Cancer Insurance        *
Trust; Inter-State Service,            *
Inc.; Mike Muench; Wayne               *
Briggs; Clarence Bock; Kris            *
Ennis; Phil Mihalakis,                 *
                                       *
          Appellees.                   *

_____

Submitted:  December 10, 1996

Filed:  December 17, 1996
_____

Before BOWMAN and HEANEY, Circuit Judges, and SMITH,[1] District
     Judge.

_____

PER CURIAM.


     Plaintiffs are members of the Association of Full Time Farmers
and Ranchers of America who purchased insurance through the
Association from Capitol American Life Insurance Company.

_____

     [1]The Honorable Ortrie D. Smith, United States District Judge
for the Western District of Missouri, sitting by designation.

Plaintiffs appeal from the order of the District Court[2] granting defendants' motion to dismiss and motion for summary judgment on plaintiffs' claims, which are based on the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968 (1994), the Truth in Lending Act, 15 U.S.C. §§ 1601-1677 (1994), mail fraud, 18 U.S.C. § 1341 (1994), and wire fraud, 18 U.S.C. § 1343 (1994).

We have reviewed carefully the record and the parties' arguments and have concluded that the District Court was clearly correct in granting defendants' motions for the reasons stated in the court's order.  The order of the District Court is summarily affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.